1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FILED & ENTERED

NOV 21 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Francis     DEPUTY CLERK

In re:

Sonia Elizabeth Tobar,

                                                    Debtor,

Lidia Magana, Fernando Panameno, Reyna Panameno, Teresa Vasquez,

                                        Plaintiff),

                                        vs.

Sonia Tobar,

                                        Defendant.

Case No.: 2:22-bk-11864-SK

Chapter: 13

Adversary No.: 2:22-ap-01138-SK

**ORDER DISMISSING AND DIRECTING CLERK TO CLOSE ADVERSARY PROCEEDING**

        On 4/1/22, Debtor filed a chapter 13 bankruptcy petition, In re Sonia Elizabeth Tobar, 2:22-bk-11864-SK.  On 7/5/22, Teresa Vasquez, Fernando Panameno, Reyna Panameno, and Lidia Magana filed a Complaint, which initiated this adversary proceeding.  On 10/18/22, Debtor's bankruptcy case was dismissed.  BK Docket #66.

        When considering whether to retain jurisdiction over an adversary proceeding after the underlying bankruptcy case has been dismissed, bankruptcy courts must consider the following factors: 1) economy; 2) convenience; 3) fairness; and 4) comity.  In re Carraher, 971 F.2d 327, 328 (9th Cir. 1992).  The Court has considered each of the factors listed in Carraher,

- 1 -

and has determined that they weigh against retaining jurisdiction over this adversary proceeding.

**IT IS HEREBY ORDERED THAT:**

1. This adversary proceeding is dismissed; and

2. The clerk is directed to close this adversary proceeding.

Date: November 21, 2022

Sandra R. Klein
United States Bankruptcy Judge